## Commonwealth *v.* Blum, Appellant.

OPINION BY ORLADY, P. J., March 7, 1917:

For the reasons stated in an opinion filed to No. 52, April Term, 1917, the assignments of error are overruled; the judgment is affirmed, the record remitted, and it is ordered that the appellant, Rudolph Blum, forthwith appear in the court below, and by said court be committed for the term of his imprisonment which had not expired at the time the appeal to No. 51, April Term, 1917, was made a supersedeas.